UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) Case No. 15-cv-5070 ) ) Judge John W. Darrah ) ) ) |

## ORDER

    By order of the United States Judicial Panel on Multidistrict Litigation, MDL No. 2619, *In re: Herbal Supplements Marketing and Sales Practices Litigation*, has been assigned to this Court. The initial status date is set for August 20, 2015 at 10:30 a.m. Parties may appear by telephone and are instructed to contact the Courtroom Deputy, Melanie Foster, at (312) 435-5556, to do so. An order with further instructions for the initial status is forthcoming.

Date:  6/17/2015                                                                                          /s/ John W. Darrah