UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HERBAL SUPPLEMENTS ) <br> MARKETING AND SALES ) <br> PRACTICES LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 15-cv-5070 <br><br> Judge John W. Darrah |

# ORDER

Parties wishing to appear by telephone on August 20, 2015 at 10:30 a.m., are instructed to call the conference call line, (888) 684-8852. The access code for the conference call is 44336444.

Date: 6/19/2015                                              /s/ John W. Darrah