# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re* Herbal Supplements Marketing and Sales Practices Litigation | No. 15-cv-05070 |
| | Hon. John W. Darrah |
| This document relates to all actions | |

## INTERIM RESPONSE TO MOTION TO APPOINT LEAD COUNSEL

Plaintiffs in the 24 cases listed below ("Consensus Plaintiffs") respectfully submit this interim response to the premature and preemptive filing by Robert Clifford seeking appointment as sole lead counsel.

On June 17, 2015, the Court set a status conference in this litigation for August 20, 2015, and noted that "An order with further instructions for the initial status [conference] is forthcoming." On June 26, 2015, Robert A. Clifford filed a motion for "For Appointment of Robert A. Clifford as Overall Lead Counsel of the MDL." Consensus Plaintiffs believe this motion is premature, inconsistent with the Court's scheduling order, and unhelpful to the efficient organization of this MDL. Consensus Plaintiffs thus request that the Court schedule a single date by which all applications for appointment of Interim Class Counsel be filed and suggest that August 6, 2015 is a reasonable deadline in advance of the initial status conference.

There are currently more than 75 cases from districts nationwide in the process of being transferred to this Court. Appearing in those 75 cases are dozens of Plaintiffs and more than 130 law firms. Given the number of interested parties, the undersigned Plaintiffs' counsel have had ongoing discussions and are working productively to build consensus on the management of this MDL litigation.

While Mr. Clifford claims to be interested in participating in consensus-building, he filed his motion for appointment as sole lead counsel without consulting any of the other firms appearing as counsel below. Rather than a disorderly scramble and race to the courthouse with Plaintiffs' counsel filing leadership applications (or oppositions) in different forms and at different times, the Consensus Plaintiffs respectfully suggest that the Court set a deadline in advance of the August 20, 2015 initial status conference for all interested parties to seek appointment.

The Manual for Complex Litigation (4th ed.) provides:

> Where several counsel are competing to be lead counsel or to serve on a key liaison committee, the court should establish a procedure for attorneys to present their qualifications, including their experience in managing complex litigation and knowledge of the subject matter, their efforts in researching and investigating the claims before the court, and the resources that they can contribute to the litigation.

*See also* Fed. R. Civ. P. 23(g). By setting a single date for all lead counsel applications in advance of the August 20, 2015 conference, the appointment process can be efficient and orderly while also providing Plaintiffs' counsel with the opportunity to continue to build consensus in advance of the Court's deadline.

WHEREFORE, the Consensus Plaintiffs respectfully request that the Court schedule a date by which all applications for appointment of Interim Class Counsel be filed and suggest that August 6, 2015 is a reasonable deadline in advance of the initial status conference.

July 1, 2015

Respectfully Submitted,

**/s/ Elizabeth A. Fegan**

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 2410
Chicago, IL 60611
Telephone: 708-628-4960
E-mail: beth@hbsslaw.com
   dank@hbsslaw.com
   toma@hbsslaw.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206-623-7292
E-mail: steve@hbsslaw.com

Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
555 5th Avenue, Suite 1700
New York City, NY 10017
Telephone: 212-752-5455
E-mail: jasonz@hbsslaw.com

*Counsel in Hale, et al. v. Walgreen Co., et al., 15-cv-01182 (N.D. Ill.)*

*De La Torre, et al. v. Target Corp., et al.,*
15-cv-00559 (N.D. Cal. )

Ben Franklin Pierce Gore
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: 408-429-6506
E-mail: pgore@prattattorneys.com

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: 415-981-4800
E-mail: dcg@girardgibbs.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Ave., Suite 810
Bethesda, MD 20814
Telephone: 202-789-3960
E-mail: charles@cuneolaw.com

Taylor Asen
CUNEO GILBERT & LADUCA, LLP
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: 202-789-3960
E-mail: tasen@cuneolaw.com

Dewitt M Lovelace
Valerie Nettles
LOVELACE AND ASSOCIATES, P.A.
12870 US Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
E-mail: courtdocs@lovelacelaw.com
        valerie@lovelacelaw.com
        dml@lovelacelaw.com

Richard Runft Barrett
LAW OFFICES OF RICHARD R. BARRETT, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone: 662-380-5018
E-mail: rrb@rrblawfirm.net

Don Barrett
DON BARRETT, P.A .
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: 662-834-2488
E-mail:dbarrett@barrettlawgroup.com
        donbarrettpa@gmail.com

Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: 512-374-1058
E-mail: tomthrash@sbcglobal.net

Kenneth R. Shemin
SHEMIN LAW FIRM
3333 Pinnacle Hills Parkway
Suite 603
Rogers, AR 72758-9016
Telephone: 479-845-3305
E-mail:ken@sheminlaw.com

*Beal, et al. v. Walgreen Co., et al.,*
15-cv-60504 (S.D. Fla.)

Robert Baldwin Brown, III
PENNEKAMP LAW, P.A.
2811 SW 3rd Avenue
Miami, FL 33129
Telephone: 305-860-4445
E-mail: bob@pennekamplaw.com

Tal J. Lifshitz
Monica Marie McNulty
Adam M. Moskowitz
Robert J. Neary
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON LLP
2525 Ponce De Leon Boulevard , 9th Floor
Coral Gables, FL 33134
Telephone: 305-728-2959
E-mail: tjl@kttlaw.com
         mmcnulty@kttlaw.com
         amm@kttlaw.com
         rn@kttlaw.com
         tr@kttlaw.com

Jack Scarola
SEARCY DENNEY SCAROLA BANHART & SHIPLEY
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Telephone: 561-686-6300
E-mail: jsx@searcylaw.com

Patrick Shawn Spellacy
KIRWAN, SPELLACY & DANNER, P.A.
200 South Andrews Avenue
8th Floor
Fort Lauderdale, FL 33301
Telephone: 954-463-3008
E-mail: pleadings@kirwanspellacy.com

David S. Wieder
DAVID S. WIEDER, P.A.
Suite 545
300-71st Street
Miami Beach, FL 33141
Telephone: 305 371 7111
E-mail: dwieder@wiederlaw.com

| | |
|---|---|
| *Dore v. GNC Holdings, Inc., et al.,*<br>15-cv-20618 (S.D. Fla.) | Tal J. Lifshitz<br>Monica Marie McNulty<br>Adam M. Moskowitz<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>KOZYAK, TROPIN & THROCKMORTON LLP<br>2525 Ponce De Leon Boulevard, 9th Floor<br>Coral Gables, FL 33134<br>Telephone: 305-728-2959<br>E-mail: tjl@kttlaw.com<br>      mmcnulty@kttlaw.com<br>      amm@kttlaw.com<br>      rn@kttlaw.com<br>      tr@kttlaw.com<br><br>Jack Scarola<br>SEARCY DENNEY SCAROLA BANHART & SHIPLEY<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409<br>Telephone: 561-686-6300<br>E-mail: jsx@searcylaw.com<br><br>Patrick Shawn Spellacy<br>KIRWAN, SPELLACY & DANNER, P.A.<br>200 South Andrews Avenue<br>8th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: 954-463-3008<br>E-mail: pleadings@kirwanspellacy.com |
| *Allsup v. Walgreen Co.,*<br>15-cv-01244 (N.D. Ill.) | Lionel Z. Glancy<br>Marc L. Godino<br>Mark Samuel Greenstone<br>GLANCY BINKOW & GOLDBERG LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310-201-9150<br>E-mail: info@glancylaw.com<br>      mgodino@glancylaw.com<br>      mgreenstone@glancylaw.com |

|  |  |
|---|---|
|  | Nyran Rose Rasche<br>Dom J. Rizzi<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>30 North LaSalle Street, Suite 3200<br>Chicago, IL 60602<br>E-mail: nrasche@caffertyclobes.com<br>          drizzi@caffertyclobes.com<br><br>Bryan L. Clobes<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>1101 Market St., Suite 2650<br>Philadelphia, PA 19107<br>E-mail: bclobes@caffertyclobes.com |
| *Andrews v. Walgreen Co.,*<br>15-cv-01308 (N.D. Ill.) | Joseph D. Cohen<br>Joseph P. Guglielmo<br>SCOTT & SCOTT ATTORNEYS AT LAW, LLP<br>The Chrysler Building<br>405 Lexington Ave, 40 Fl<br>New York, NY 10174<br>Telephone: 212-223-6444<br>E-mail: jcohen@scott-scott.com<br>          jguglielmo@scott-scott.com<br><br>Erin Green Comite<br>SCOTT & SCOTT, LLC<br>PO Box 192<br>156 South Main Street<br>Colchester, CT 06415<br>Telephone: 860-537-5537<br>E-mail: ecomite@scott-scott.com |

Nyran Rose Rasche
Dom J. Rizzi
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
E-mail: nrasche@caffertyclobes.com
       drizzi@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
1101 Market St., Suite 2650
Philadelphia, PA 19107
E-mail: bclobes@caffertyclobes.com

| | |
|---|---|
| *Cintron v. Walgreen Co.,*<br>15-cv-01314 (N.D. Ill.) | Andrei V. Rado<br>MILBERG LLP<br>One Pennsylvania Plaza<br>50th Floor<br>New York, NY 10119<br>(212) 946-9315<br>E-mail: calexander@milberg.com<br>       mkeenan@milberg.com<br>       hkelston@milberg.com<br>       arado@milberg.com<br><br>Katrina Carroll<br>Kyle Alan Shamberg<br>LITE DEPALMA GREENBERG LLC<br>211 W. Wacker Drive<br>Suite 500<br>Chicago, IL 60606<br>Telephone:  312-750-1265<br>E-mail: kcarroll@litedepalma.com<br>       kshamberg@litedepalma.com<br><br>Bruce Daniel Greenberg<br>LITE DEPALMA GREENBERG LLC<br>Two Gateway Center<br>Suite 1201<br>Newark, NJ 07102<br>Telephone:  973-623-3000<br>E-mail: bgreenberg@litedepalma.com |

| | |
|---|---|
| *Harris v. Walgreen Co.*,<br>15-cv-02723 (N.D. Ill.) | Garrett Blanchfield<br>Roberta A. Yard<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>Telephone: (651) 287-2100<br>E-mail: g.blanchfield@rwblawfirm.com<br>        r.yard@rwblawfirm.com<br><br>Mark Anthony Bulgarelli<br>Ilan Chorowsky<br>Elizabeth Roberson-Young<br>PROGRESSIVE LAW GROUP LLC<br>140 S. Dearborn Street, Suite 315<br>Chicago, IL 60603<br>Telephone: 312-787-2717<br>E-mail: markb@progressivelaw.com<br>        ilan@progressivelaw.com<br>        liza@progressivelaw.com |
| *Jedrychowski v. GNC Holdings, Inc., et al.*,<br>15-cv-02908 (N.D. Ill.) | Douglas A. Millen<br>Donald Lewis Sawyer<br>Robert J. Wozniak<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: 224-632-4500<br>E-mail: dmillen@fklmlaw.com<br>        dsawyer@fklmlaw.com<br>        rwozniak@fklmlaw.com |
| *Linsalata, et al. v. Walgreen Co., et al.*,<br>15-cv-01189 (E.D.N.Y.) | Virginia E. Anello<br>Michael A. London<br>DOUGLAS & LONDON PC<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038<br>Telephone: 212-566-7500<br>E-mail: vanello@douglasandlondon.com<br>        mlondon@douglasandlondon.com<br><br>Lawrence P. Krasin<br>EDELMAN, KRASIN & JAYE, PLLC<br>One Old Country Road<br>Suite 210<br>Carle Place, NY 11514<br>Telephone: 516-742-9200<br>E-mail: lkrasin@ekjlaw.com |

| | |
|---|---|
| *Marks v. Walgreen Co., et al.,*<br>15-cv-01016 (S.D.N.Y.) | Joseph Anthony Fitapelli<br>Nicholas Paul Melito<br>Brian Scott Schaffer<br>FITAPELLI & SCHAFFER, LLP<br>475 Park Avenue South, 12th Floor<br>New York, NY 10016<br>Telephone: 212-300-0375<br>E-mail: jfitapelli@fslawfirm.com<br>        nmelito@fslawfirm.com<br>        bschaffer@fslawfirm.com |
| *Trinidad v. Walgreen Co., et al.,*<br>15-cv-00090 (S.D. Ohio)<br><br>and<br><br>*Angiulli v. Walgreen Co., et al.,*<br>15-cv-00156 (S.D. Ohio) | Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Robert Brent Sherwood<br>GOLDENBERG SCHNEIDER LPA<br>One West Fourth Street, 18th Floor<br>Cincinnati, OH 45202<br>Telephone: 513-345-8291<br>E-mail: jgoldenberg@gs-legal.com<br>        tnaylor@gs-legal.com<br>        rsherwood@gs-legal.com<br><br>Jayne Arnold Goldstein<br>Nathan C. Zipperian<br>POMERANZ LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, FL 33326<br>Telephone: 954-315-3454<br>E-mail: jagoldstein@pomlaw.com<br>        nzipperian@pomlaw.com<br><br>Christian A. Jenkins<br>MINNILLO & JENKINS CO., LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>Telephone: 513-723-1600<br>E-mail: cjenkins@minnillojenkins.com<br><br>Toby James Marshall<br>TERRELL MARSHALL & DAUDT PLLC<br>3600 Fremont Avenue North<br>Seattle, WA 98103<br>E-mail: tmarshall@tmdwlaw.com<br><br>Boyd M. Mayo<br>Matthew John Zuchetto<br>THE SCOTT LAW GROUP<br>926 W Sprague Ave., Suite 680<br>Spokane, WA 99201<br>Telephone: 509-455-3966<br>E-mail: scottgroup@me.com |

| | James C. Shah<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>475 White Horse Pike<br>Collingswood, NJ 08107<br>Telephone: 610-891-9880<br>E-mail: jshah@sfmslaw.com |
|---|---|
| | Beth E. Terrell<br>TERRELL MARSHALL DAUDT & WILLIE PLLC<br>936 North 34th Street, Suite 400<br>Seattle, WA 98103<br>Telephone: 206-816-6603<br>E-mail: bterrell@tmdwlaw.com |
| *Trinidad v. Wal-Mart Stores, Inc., et al.*, 15-cv-00091 (S.D. Ohio) | Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Robert Brent Sherwood<br>GOLDENBERG SCHNEIDER LPA<br>One West Fourth Street, 18th Floor<br>Cincinnati, OH 45202<br>Telephone: 513-345-8291<br>E-mail: jgoldenberg@gs-legal.com<br>    tnaylor@gs-legal.com<br>    rsherwood@gs-legal.com |
| | Christian A. Jenkins<br>MINNILLO & JENKINS CO., LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>Telephone: 513-723-1600<br>E-mail: cjenkins@minnillojenkins.com |
| | Beth E. Terrell<br>Toby J. Marshall<br>TERRELL MARSHALL DAUDT & WILLIE, PLLC<br>936 N. 34th Street, Suite 300<br>Seattle, WA 98103<br>Telephone: 206-816-6603<br>E-mail: beterrell@tmdwlaw.com<br>    tmarshall@tmdwlaw.com |
| | Jayne A. Goldstein<br>POMERANTZ LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, FL 33326<br>Telephone: 954-315-3454<br>E-mail: jagoldstein@pomlaw.com |

|  |  |
|---|---|
|  | Matthew J. Zuchetto<br>Boyd M. Mayo<br>THE SCOTT LAW GROUP, P.S.<br>926 W. Sprague Avenue, Suite 680<br>Spokane, WA 99201<br>Telephone: 509-455-3966<br>E-mail: scottgroup@me.com |
| *Williams, et al. v. Wal-Mart Stores, Inc., et al.*,<br>15-cv-60354 (S.D. Fla.) | Tal J. Lifshitz<br>Monica Marie McNulty<br>Adam M. Moskowitz<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>Harley Shepard Tropin<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce De Leon Boulevard , 9th Floor<br>Coral Gables, FL 33134<br>Telephone: 305-728-2959<br>E-mail: tjl@kttlaw.com<br>       mmcnulty@kttlaw.com<br>       amm@kttlaw.com<br>       rn@kttlaw.com<br>       tr@kttlaw.com<br>       hst@kttlaw.com<br><br>Jack Scarola<br>SEARCY DENNEY SCAROLA BANHART & SHIPLEY<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409<br>Telephone: 561-686-6300<br>E-mail: jsx@searcylaw.com<br><br>Patrick Shawn Spellacy<br>KIRWAN, SPELLACY & DANNER, P.A.<br>200 South Andrews Avenue<br>8th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: 954-463-3008<br>E-mail: pleadings@kirwanspellacy.com |
| *Shen, et al. v. GNC Holdings, Inc.*,<br>15-cv-00984 (E.D.N.Y.) | Joseph D. Cohen<br>Joseph P. Guglielmo<br>SCOTT & SCOTT ATTORNEYS AT LAW, LLP<br>The Chrysler Building<br>405 Lexington Ave, 40 Fl<br>New York, NY 10174<br>Telephone: 212-223-6444<br>E-mail: jcohen@scott-scott.com<br>       jguglielmo@scott-scott.com |

|  |  |
|---|---|
|  | Erin Green Comite<br>David R. Scott<br>SCOTT & SCOTT, LLC<br>PO Box 192<br>156 South Main Street<br>Colchester, CT 06415<br>Telephone: 860-537-5537<br>E-mail: ecomite@scott-scott.com |
| *Sharkey v. GNC Holdings, Inc., et al.,*<br>15-cv-01020 (S.D.N.Y.) | Joseph Anthony Fitapelli<br>Nicholas Paul Melito<br>Brian Scott Schaffer<br>FITAPELLI & SCHAFFER, LLP<br>475 Park Avenue South, 12th Floor<br>New York, NY 10016<br>Telephone: 212-300-0375<br>E-mail: jfitapelli@fslawfirm.com<br>    nmelito@fslawfirm.com<br>    bschaffer@fslawfirm.com<br><br>Beth Ellen Terrell<br>Terilli & Tintle, PLLC<br>225 Broadway, Suite 2812<br>New York, NY 10007<br>(206) 816-6603<br>Email: bterrell@tmdwlaw.com |
| *Boss v. Target Corp., et al.,*<br>15-cv-00855 (N.D. Cal.) | Daniel C Girard<br>Steven Augustine Lopez<br>Adam E. Polk<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: 415-981-4800<br>E-mail: ehg@girardgibbs.com<br>    dcg@girardgibbs.com<br>    stevelopez@girardgibbs.com<br>    aep@girardgibbs.com |
| *Greenfield v. Target Corp., et al.,*<br>15-cv-00090 (S.D. Florida) | Howard M. Bushman<br>Sarah Clasby Engel<br>Lance August Harke<br>HARKE CLASBY & BUSHMAN LLP<br>9699 NE Second Avenue<br>Miami Shores, FL 33138<br>Telephone: 305-536-8220<br>E-mail: hbushman@harkeclasby.com<br>    sengel@harkeclasby.com<br>    lharke@harkeclasby.com |

| | |
|---|---|
| | Tal J. Lifshitz<br>Monica Marie McNulty<br>Adam M. Moskowitz<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce De Leon Boulevard , 9th Floor<br>Coral Gables, FL 33134<br>Telephone: 305-728-2959<br>E-mail: tjl@kttlaw.com<br>    mmcnulty@kttlaw.com<br>    amm@kttlaw.com<br>    rn@kttlaw.com<br>    tr@kttlaw.com<br><br>Steven Craig Marks<br>PODHURST ORSECK PA<br>25 West Flagler Street<br>Suite 800<br>Miami, FL 33130-1712<br>Telephone: 305-358-2800<br>E-mail: smarks@podhurst.com<br><br>Patrick Shawn Spellacy<br>KIRWAN, SPELLACY & DANNER, P.A.<br>200 South Andrews Avenue<br>8th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: 954-463-3008<br>E-mail: pleadings@kirwanspellacy.com<br><br>Jack Scarola<br>SEARCY DENNEY SCAROLA BANHART & SHIPLEY<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409<br>Telephone: 561-686-6300<br>E-mail: jsx@searcylaw.com |
| *Cohn v. Target Corp.,*<br>15-cv-00536 (S.D. Ohio) | Vincent J. Esades<br>Renae Diane Steiner<br>David Woodward<br>HEINS MILLS & OLSON, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403-3218<br>Telephone: 612-338-4605<br>E-mail: vesades@heinsmills.com<br>    rsteiner@heinsmills.com<br>    dwoodward@heinsmills.com |

|  |  |
|---|---|
|  | Andrei V. Rado<br>MILBERG LLP<br>One Pennsylvania Plaza<br>50th Floor<br>New York, NY 10119<br>(212) 946-9315<br>E-mail: arado@milberg.com |
|  | Bruce D. Greenberg<br>LITE DEPALMA GREENBERG LLC<br>Two Gateway Center<br>Suite 1201<br>Newark, NJ 07102<br>Telephone: 973-623-3000<br>E-mail: bgreenberg@litedepalma.com |
| *Chamberlin v. Target Corp., et al.,*<br>15-cv-00578 (D. Minn.) | Vincent J. Esades<br>Renae D. Steiner<br>David Woodward<br>HEINS MILLS & OLSON, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: 612-338-4605<br>E-mail: vesades@heinsmills.com<br>        rsteiner@heinsmills.com<br>        dwoodward@heinsmills.com |
|  | Irwin B. Levin<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: 317-636-6481<br>E-mail:ilevin@cohenandmalad.com<br>        sgilchrist@cohenandmalad.com |
| *Goodman, et al. v. Wal-Mart Stores, Inc.,*<br>15-cv-00845 (C.D. Cal.) | Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br>Telephone: 213-330-7150<br>E-mail: elaine@hbsslaw.com |
|  | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>E-mail: steve@hbsslaw.com |

| | |
|---|---|
| | William Caldes<br>SPECTOR ROSEMAN KODROFF & WILLIS<br>1818 Market Street, Suite 2500<br>Philadelphia, Pennsylvania 19103<br>Tel: +1 215 496 0300 |
| *Eisenbraun, et al. v. Target Corp., et al.*,<br>15-cv-02533 (D. Minn.) | Garrett Blanchfield<br>Roberta A. Yard<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>Telephone: (651) 287-2100<br>E-mail: g.blanchfield@rwblawfirm.com<br>  r.yard@rwblawfirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, a copy of the foregoing INTERIM RESPONSE TO MOTION TO APPOINT LEAD COUNSEL was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    **/s/ Elizabeth A. Fegan**
    Elizabeth A. Fegan