## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re* Herbal Supplements Marketing and Sales Practices Litigation | No. 15-cv-05070 |
| | Hon. John W. Darrah |
| This document relates to all actions | |

### CORRECTED INTERIM RESPONSE TO MOTION TO APPOINT LEAD COUNSEL

Plaintiffs in the cases listed below ("Consensus Plaintiffs") respectfully submit this interim response to the premature and preemptive filing by Robert Clifford seeking appointment as sole lead counsel.

On June 17, 2015, the Court set a status conference in this litigation for August 20, 2015, and noted that "An order with further instructions for the initial status [conference] is forthcoming." On June 26, 2015, Robert A. Clifford filed a motion for "For Appointment of Robert A. Clifford as Overall Lead Counsel of the MDL." Consensus Plaintiffs believe this motion is premature, inconsistent with the Court's scheduling order, and unhelpful to the efficient organization of this MDL. Consensus Plaintiffs thus request that the Court schedule a single date by which all applications for appointment of Interim Class Counsel be filed and suggest that August 6, 2015 is a reasonable deadline in advance of the initial status conference.

There are currently more than 75 cases from districts nationwide in the process of being transferred to this Court. Appearing in those 75 cases are dozens of Plaintiffs and more than 130 law firms. Given the number of interested parties, the undersigned Plaintiffs' counsel have had ongoing discussions and are working productively to build consensus on the management of this MDL litigation.

While Mr. Clifford claims to be interested in participating in consensus-building, he filed his motion for appointment as sole lead counsel without consulting any of the other firms appearing as counsel below. Rather than a disorderly scramble and race to the courthouse with Plaintiffs' counsel filing leadership applications (or oppositions) in different forms and at different times, the Consensus Plaintiffs respectfully suggest that the Court set a deadline in advance of the August 20, 2015 initial status conference for all interested parties to seek appointment.

The Manual for Complex Litigation (4th ed.) provides:

> Where several counsel are competing to be lead counsel or to serve on a key liaison committee, the court should establish a procedure for attorneys to present their qualifications, including their experience in managing complex litigation and knowledge of the subject matter, their efforts in researching and investigating the claims before the court, and the resources that they can contribute to the litigation.

*See also* Fed. R. Civ. P. 23(g). By setting a single date for all lead counsel applications in advance of the August 20, 2015 conference, the appointment process can be efficient and orderly while also providing Plaintiffs' counsel with the opportunity to continue to build consensus in advance of the Court's deadline.

WHEREFORE, the Consensus Plaintiffs respectfully request that the Court schedule a date by which all applications for appointment of Interim Class Counsel be filed and suggest that August 6, 2015 is a reasonable deadline in advance of the initial status conference.

July 2, 2015                                     Respectfully Submitted,

                                                **/s/ Elizabeth A. Fegan**

                                                Elizabeth A. Fegan
                                                Hagens Berman Sobol Shapiro LLP
                                                455 N. Cityfront Plaza Drive
                                                NBC Tower, Suite 2410
                                                Chicago, IL 60611
                                                Telephone:  708-628-4960
                                                E-mail:    beth@hbsslaw.com
                                                           dank@hbsslaw.com
                                                           toma@hbsslaw.com

                                                Steve W. Berman
                                                Hagens Berman Sobol Shapiro LLP
                                                1918 Eighth Avenue, Suite 3300
                                                Seattle, WA  98101
                                                Telephone:  206-623-7292
                                                E-mail:    steve@hbsslaw.com

                                                Jason A. Zweig
                                                Hagens Berman Sobol Shapiro LLP
                                                555 5th Avenue, Suite 1700
                                                New York City, NY  10017
                                                Telephone:  212-752-5455
                                                E-mail:    jasonz@hbsslaw.com

                                                *Counsel in Hale, et al. v. Walgreen Co., et al.,*
                                                *15-cv-01182 (N.D. Ill.)*

*Beal, et al. v. Walgreen Co., et al.,*          Robert Baldwin Brown, III
*15-cv-60504 (S.D. Fla.)*                        PENNEKAMP  LAW, P.A.
                                                2811 SW 3rd Avenue
                                                Miami, FL 33129
                                                Telephone:  305-860-4445
                                                E-mail: bob@pennekamplaw.com

Tal J. Lifshitz
Monica Marie McNulty
Adam M. Moskowitz
Robert J. Neary
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON
LLP
2525 Ponce De Leon Boulevard , 9th Floor
Coral Gables, FL 33134
Telephone:  305-728-2959
E-mail: tjl@kttlaw.com
       mmcnulty@kttlaw.com
       amm@kttlaw.com
       rn@kttlaw.com
       tr@kttlaw.com

Jack Scarola
SEARCY DENNEY SCAROLA BANHART
& SHIPLEY
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Telephone:  561-686-6300
E-mail: jsx@searcylaw.com

Patrick Shawn Spellacy
KIRWAN, SPELLACY & DANNER, P.A.
200 South Andrews Avenue
8th Floor
Fort Lauderdale, FL 33301
Telephone:  954-463-3008
E-mail: pleadings@kirwanspellacy.com

David S. Wieder
DAVID S. WIEDER, P.A.
Suite 545
300-71st Street
Miami Beach, FL 33141
Telephone:  305 371 7111
E-mail: dwieder@wiederlaw.com

| | |
|---|---|
| *Dore v. GNC Holdings, Inc., et al.,*<br>15-cv-20618 (S.D. Fla.) | Tal J. Lifshitz<br>Monica Marie McNulty<br>Adam M. Moskowitz<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>KOZYAK, TROPIN & THROCKMORTON<br>LLP<br>2525 Ponce De Leon Boulevard , 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  305-728-2959<br>E-mail: tjl@kttlaw.com<br>          mmcnulty@kttlaw.com<br>          amm@kttlaw.com<br>          rn@kttlaw.com<br>          tr@kttlaw.com<br><br>Jack Scarola<br>SEARCY DENNEY SCAROLA BANHART<br>& SHIPLEY<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409<br>Telephone:  561-686-6300<br>E-mail: jsx@searcylaw.com<br><br>Patrick Shawn Spellacy<br>KIRWAN, SPELLACY & DANNER, P.A.<br>200 South Andrews Avenue<br>8th Floor<br>Fort Lauderdale, FL 33301<br>Telephone:  954-463-3008<br>E-mail: pleadings@kirwanspellacy.com |
| *Allsup v. Walgreen Co.,*<br>15-cv-01244 (N.D. Ill.) | Lionel Z. Glancy<br>Marc L. Godino<br>Mark Samuel Greenstone<br>GLANCY BINKOW & GOLDBERG LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone:  310-201-9150<br>E-mail: info@glancylaw.com<br>          mgodino@glancylaw.com<br>          mgreenstone@glancylaw.com |

Nyran Rose Rasche
Dom J. Rizzi
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
E-mail: nrasche@caffertyclobes.com
      drizzi@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
1101 Market St., Suite 2650
Philadelphia, PA 19107
E-mail: bclobes@caffertyclobes.com

*Andrews v. Walgreen Co.,*
15-cv-01308 (N.D. Ill.)

Joseph D. Cohen
Joseph P. Guglielmo
SCOTT & SCOTT ATTORNEYS AT LAW,
LLP
The Chrysler Building
405 Lexington Ave, 40 Fl
New York, NY 10174
Telephone: 212-223-6444
E-mail: jcohen@scott-scott.com
      jguglielmo@scott-scott.com

Erin Green Comite
SCOTT & SCOTT, LLC
PO Box 192
156 South Main Street
Colchester, CT 06415
Telephone: 860-537-5537
E-mail: ecomite@scott-scott.com

Nyran Rose Rasche
Dom J. Rizzi
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
E-mail: nrasche@caffertyclobes.com
      drizzi@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
1101 Market St., Suite 2650
Philadelphia, PA 19107
E-mail: bclobes@caffertyclobes.com

*Cintron v. Walgreen Co.,*
15-cv-01314 (N.D. Ill.)

Andrei V. Rado
MILBERG LLP
One Pennsylvania Plaza
50th Floor
New York, NY 10119
(212) 946-9315
E-mail: calexander@milberg.com
        mkeenan@milberg.com
        hkelston@milberg.com
        arado@milberg.com

Katrina Carroll
Kyle Alan Shamberg
LITE DEPALMA GREENBERG LLC
211 W. Wacker Drive
Suite 500
Chicago, IL 60606
Telephone: 312-750-1265
E-mail: kcarroll@litedepalma.com
        kshamberg@litedepalma.com

Bruce Daniel Greenberg
LITE DEPALMA GREENBERG LLC
Two Gateway Center
Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
E-mail: bgreenberg@litedepalma.com

*Harris v. Walgreen Co.,*
15-cv-02723 (N.D. Ill.)

Garrett Blanchfield
Roberta A. Yard
REINHARDT WENDORF &
BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
E-mail: g.blanchfield@rwblawfirm.com
        r.yard@rwblawfirm.com

Mark Anthony Bulgarelli
Ilan Chorowsky
Elizabeth Roberson-Young
PROGRESSIVE LAW GROUP LLC
140 S. Dearborn Street, Suite 315
Chicago, IL 60603
Telephone: 312-787-2717
E-mail: markb@progressivelaw.com
        ilan@progressivelaw.com
        liza@progressivelaw.com

| | |
|---|---|
| *Jedrychowski v. GNC Holdings, Inc., et al.,* 15-cv-02908 (N.D. Ill.) | Douglas A. Millen<br>Donald Lewis Sawyer<br>Robert J. Wozniak<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: 224-632-4500<br>E-mail: dmillen@fklmlaw.com<br>dsawyer@fklmlaw.com<br>rwozniak@fklmlaw.com |
| *Linsalata, et al. v. Walgreen Co., et al.,* 15-cv-01189 (E.D.N.Y.) | Virginia E. Anello<br>Michael A. London<br>DOUGLAS & LONDON PC<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038<br>Telephone: 212-566-7500<br>E-mail: vanello@douglasandlondon.com<br>mlondon@douglasandlondon.com<br><br>Lawrence P. Krasin<br>EDELMAN, KRASIN & JAYE, PLLC<br>One Old Country Road<br>Suite 210<br>Carle Place, NY 11514<br>Telephone: 516-742-9200<br>E-mail: lkrasin@ekjlaw.com |
| *Marks v. Walgreen Co., et al.,* 15-cv-01016 (S.D.N.Y.) | Joseph Anthony Fitapelli<br>Nicholas Paul Melito<br>Brian Scott Schaffer<br>FITAPELLI & SCHAFFER, LLP<br>475 Park Avenue South, 12th Floor<br>New York, NY 10016<br>Telephone: 212-300-0375<br>E-mail: jfitapelli@fslawfirm.com<br>nmelito@fslawfirm.com<br>bschaffer@fslawfirm.com |
| *Trinidad v. Walgreen Co., et al.,* 15-cv-00090 (S.D. Ohio)<br><br>and<br><br>*Angiulli v. Walgreen Co., et al.,* 15-cv-00156 (S.D. Ohio) | Jeffrey S. Goldenberg<br>Todd B. Naylor<br>Robert Brent Sherwood<br>GOLDENBERG SCHNEIDER LPA<br>One West Fourth Street, 18th Floor<br>Cincinnati, OH 45202<br>Telephone: 513-345-8291<br>E-mail: jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br>rsherwood@gs-legal.com |

Jayne Arnold Goldstein
Nathan C. Zipperian
POMERANZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Telephone: 954-315-3454
E-mail: jagoldstein@pomlaw.com
          nzipperian@pomlaw.com

Christian A. Jenkins
MINNILLO & JENKINS CO., LPA
2712 Observatory Avenue
Cincinnati, OH 45208
Telephone: 513-723-1600
E-mail: cjenkins@minnillojenkins.com

Toby James Marshall
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, WA 98103
E-mail: tmarshall@tmdwlaw.com

Boyd M. Mayo
Matthew John Zuchetto
THE SCOTT LAW GROUP
926 W Sprague Ave., Suite 680
Spokane, WA 99201
Telephone: 509-455-3966
E-mail: scottgroup@me.com

James C. Shah
SHEPHERD FINKELMAN MILLER &
SHAH LLC
475 White Horse Pike
Collingswood, NJ 08107
Telephone: 610-891-9880
E-mail: jshah@sfmslaw.com

Beth E. Terrell
TERRELL MARSHALL DAUDT & WILLIE
PLLC
936 North 34th Street, Suite 400
Seattle, WA 98103
Telephone: 206-816-6603
E-mail: bterrell@tmdwlaw.com

*Trinidad v. Wal-Mart Stores, Inc., et al.,*
15-cv-00091 (S.D. Ohio)

Jeffrey S. Goldenberg
Todd B. Naylor
Robert Brent Sherwood
GOLDENBERG SCHNEIDER LPA
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
Telephone: 513-345-8291
E-mail: jgoldenberg@gs-legal.com
           tnaylor@gs-legal.com
           rsherwood@gs-legal.com

Christian A. Jenkins
MINNILLO & JENKINS CO., LPA
2712 Observatory Avenue
Cincinnati, OH 45208
Telephone: 513-723-1600
E-mail: cjenkins@minnillojenkins.com

Beth E. Terrell
Toby J. Marshall
TERRELL MARSHALL DAUDT & WILLIE,
PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: 206-816-6603
E-mail: beterrell@tmdwlaw.com
           tmarshall@tmdwlaw.com

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Telephone: 954-315-3454
E-mail: jagoldstein@pomlaw.com

Matthew J. Zuchetto
Boyd M. Mayo
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
Telephone: 509-455-3966
E-mail: scottgroup@me.com

| | |
|---|---|
| *Williams, et al. v. Wal-Mart Stores, Inc., et al.,*<br>15-cv-60354 (S.D. Fla.) | Tal J. Lifshitz<br>Monica Marie McNulty<br>Adam M. Moskowitz<br>Robert J. Neary<br>Thomas A. Tucker Ronzetti<br>Harley Shepard Tropin<br>KOZYAK TROPIN & THROCKMORTON<br>LLP<br>2525 Ponce De Leon Boulevard , 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  305-728-2959<br>E-mail: tjl@kttlaw.com<br>       mmcnulty@kttlaw.com<br>       amm@kttlaw.com<br>       rn@kttlaw.com<br>       tr@kttlaw.com<br>       hst@kttlaw.com<br><br>Jack Scarola<br>SEARCY DENNEY SCAROLA BANHART<br>& SHIPLEY<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409<br>Telephone:  561-686-6300<br>E-mail: jsx@searcylaw.com<br><br>Patrick Shawn Spellacy<br>KIRWAN, SPELLACY & DANNER, P.A.<br>200 South Andrews Avenue<br>8th Floor<br>Fort Lauderdale, FL 33301<br>Telephone:  954-463-3008<br>E-mail: pleadings@kirwanspellacy.com |
| *Shen, et al. v. GNC Holdings, Inc.,*<br>15-cv-00984 (E.D.N.Y.) | Joseph D. Cohen<br>Joseph P. Guglielmo<br>SCOTT & SCOTT ATTORNEYS AT LAW,<br>LLP<br>The Chrysler Building<br>405 Lexington Ave, 40 Fl<br>New York, NY 10174<br>Telephone:  212-223-6444<br>E-mail: jcohen@scott-scott.com<br>       jguglielmo@scott-scott.com<br><br>Erin Green Comite<br>David R. Scott<br>SCOTT & SCOTT, LLC<br>PO Box 192<br>156 South Main Street<br>Colchester, CT 06415<br>Telephone:  860-537-5537<br>E-mail: ecomite@scott-scott.com |

| | |
|---|---|
| *Sharkey v. GNC Holdings, Inc., et al.,*<br>15-cv-01020 (S.D.N.Y.) | Joseph Anthony Fitapelli<br>Nicholas Paul Melito<br>Brian Scott Schaffer<br>FITAPELLI & SCHAFFER, LLP<br>475 Park Avenue South, 12th Floor<br>New York, NY 10016<br>Telephone:  212-300-0375<br>E-mail: jfitapelli@fslawfirm.com<br>        nmelito@fslawfirm.com<br>        bschaffer@fslawfirm.com |
| | Beth Ellen Terrell<br>Terilli & Tintle, PLLC<br>225 Broadway, Suite 2812<br>New York, NY 10007<br>(206) 816-6603<br>Email: bterrell@tmdwlaw.com |
| *Boss v. Target Corp., et al.,*<br>15-cv-00855 (N.D. Cal.) | Daniel C Girard<br>Steven Augustine Lopez<br>Adam E. Polk<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone:  415-981-4800<br>E-mail: ehg@girardgibbs.com<br>        dcg@girardgibbs.com<br>        stevelopez@girardgibbs.com<br>        aep@girardgibbs.com |
| *Greenfield v. Target Corp., et al.,*<br>15-cv-00090 (S.D. Florida) | Howard M. Bushman<br>Sarah Clasby Engel<br>Lance August Harke<br>HARKE CLASBY & BUSHMAN LLP<br>9699 NE Second Avenue<br>Miami Shores, FL 33138<br>Telephone:  305-536-8220<br>E-mail: hbushman@harkeclasby.com<br>        sengel@harkeclasby.com<br>        lharke@harkeclasby.com |

Tal J. Lifshitz
Monica Marie McNulty
Adam M. Moskowitz
Robert J. Neary
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON
LLP
2525 Ponce De Leon Boulevard , 9th Floor
Coral Gables, FL 33134
Telephone:  305-728-2959
E-mail: tjl@kttlaw.com
       mmcnulty@kttlaw.com
       amm@kttlaw.com
       rn@kttlaw.com
       tr@kttlaw.com

Steven Craig Marks
PODHURST ORSECK PA
25 West Flagler Street
Suite 800
Miami, FL 33130-1712
Telephone:  305-358-2800
E-mail: smarks@podhurst.com

Patrick Shawn Spellacy
KIRWAN, SPELLACY & DANNER, P.A.
200 South Andrews Avenue
8th Floor
Fort Lauderdale, FL 33301
Telephone:  954-463-3008
E-mail: pleadings@kirwanspellacy.com

Jack Scarola
SEARCY DENNEY SCAROLA BANHART
& SHIPLEY
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Telephone:  561-686-6300
E-mail: jsx@searcylaw.com

*Cohn v. Target Corp.,*
15-cv-00536 (S.D. Ohio)

Vincent J. Esades
Renae Diane Steiner
David Woodward
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403-3218
Telephone:  612-338-4605
E-mail: vesades@heinsmills.com
       rsteiner@heinsmills.com
       dwoodward@heinsmills.com

Andrei V. Rado
MILBERG LLP
One Pennsylvania Plaza
50th Floor
New York, NY 10119
(212) 946-9315
E-mail: arado@milberg.com

Bruce D. Greenberg
LITE DEPALMA GREENBERG LLC
Two Gateway Center
Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
E-mail: bgreenberg@litedepalma.com

*Chamberlin v. Target Corp., et al.,*
15-cv-00578 (D. Minn.)

Vincent J. Esades
Renae D. Steiner
David Woodward
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612-338-4605
E-mail: vesades@heinsmills.com
     rsteiner@heinsmills.com
     dwoodward@heinsmills.com

Irwin B. Levin
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
E-mail:ilevin@cohenandmalad.com
     sgilchrist@cohenandmalad.com

*Goodman, et al. v. Wal-Mart Stores, Inc.,*
15-cv-00845 (C.D. Cal.)

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: 213-330-7150
E-mail: elaine@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206-623-7292
E-mail: steve@hbsslaw.com

William Caldes
SPECTOR ROSEMAN KODROFF &
WILLIS
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Tel: +1 215 496 0300

*Eisenbraun, et al. v. Target Corp., et al.*,
15-cv-02533 (D. Minn.)

Garrett Blanchfield
Roberta A. Yard
REINHARDT WENDORF &
BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone:  (651) 287-2100
E-mail: g.blanchfield@rwblawfirm.com
        r.yard@rwblawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 2, 2015, a copy of the foregoing CORRECTED INTERIM RESPONSE TO MOTION TO APPOINT LEAD COUNSEL was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**/s/ Elizabeth A. Fegan**
Elizabeth A. Fegan