## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re* Herbal Supplements Marketing and Sales Practices Litigation<br>This document relates to all actions | No. 15-cv-05070<br>Honorable John W. Darrah |

### PLAINTIFF'S NOTICE TO THE COURT TO CORRECT MISREPRESENTATIONS AND/OR MISSTATEMENTS IN THE RECORD

Plaintiff Shane Sparks, individually and on behalf of the putative class, submits this notice to the Court to correct misstatements and/or misrepresentations of fact placed in the record, and in support thereof, state as follows:

The Thrash Law Firm and Shemin Law Firm represent Shane Sparks in causes of action against Wal-Mart and Target, which have been transferred to this Court and assigned to the Honorable John W. Darrah.

The Hagens Berman firm filed an Interim Response to Motion to Appoint Lead Counsel. [Doc. #10]. The pleading suggests that the undersigned counsel joined in a consensus with the Hagens Berman firm in the filing of a response in opposition to a motion filed by Robert A. Clifford. [Doc. #9].

Contrary to the representations made in the pleading filed by Hagens Berman, the undersigned counsel (a) has never spoken to the Hagens Berman firm in connection with this litigation; (b) has not joined any consensus with the Hagens Berman firm; and, (c) did not consent to signing the pleading [Doc. #10] filed by attorney Elizabeth Fegan of the Hagens Berman firm.

The undersigned counsel seeks to clarify and correct the record as it relates to the misstatements made in the pleading. [Doc. #10].

Dated: July 2, 2015            Respectfully submitted,

By: /s/ *Thomas P. Thrash*
Thomas P. Thrash
Marcus N. Bozeman
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058 – Telephone
(501) 374-2222 – Facsimile
tomthrash@sbcglobal.net
bozemanmarcus@sbcglobal.net

Kenneth R. Shemin, ABA No. 78138
**SHEMIN LAW FIRM, PLLC**
3333 Pinnacle Hills Parkway, Suite 603
Rogers, AR 72758
Telephone: (479) 845-3305
Facsimile: (479) 845-2198

*Attorneys for Plaintiff Shane Sparks*

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, a copy of the foregoing **PLAINTIFF'S NOTICE TO THE COURT TO CORRECT MISSTATEMENTS IN THE RECORD** was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               /s/ *Thomas P. Thrash*
                                               Thomas P. Thrash