UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re* Herbal Supplements Marketing and Sales Practices Litigation<br>This document relates to all actions | No. 15-cv-05070<br><br>Honorable John W. Darrah |

**PLAINTIFFS' NOTICE TO THE COURT TO CORRECT MISSTATMENTS IN THE RECORD**

Plaintiff, Kenneth Barry Tinsley, individually and on behalf of the Putative Class, seeks to supply notice to the Court to correct the record. On July 1, 2015, the Hagens Berman firm filed with this Court an Interim Response to Motion to Appoint Lead Counsel. [Doc. #10]. The pleading indicated that the undersigned firms joined the Hagens Berman submission, which is not the case.

Dated: July 2, 2015

Respectfully submitted,

By: /s/ *Richard R. Barrett*
Richard Barrett
Law Offices of Richard Barrett, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MD 38655
662.380.5018
866.430.5459 Facsimile
rrb@rrblawfirm.net
*Attorneys for Plaintiff Kenneth Barry Tinsley*

Charles F. Barrett
CHARLES BARRETT, PC
6518 Highway 100 Suite 210
Nashville, TN 37205
615.515.3393
615.515.3395 Facsimile
charles@cfbtirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, a copy of the foregoing **PLAINTIFF'S NOTICE TO THE COURT TO CORRECT MISSTATEMENTS IN THE RECORD** was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Richard R. Barrett*
Richard R. Barrett