UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re* Herbal Supplements Marketing and Sales Practices Litigation<br>This document relates to all actions | No. 15-cv-05070<br><br>Honorable John W. Darrah |

**PLAINTIFF'S NOTICE TO THE COURT TO CORRECT MISREPRESENTATIONS AND/OR MISSTATEMENTS IN THE RECORD**

Plaintiff Charles Haje, individually and on behalf of the putative class, seeks to supply notice to the Court to correct misstatements and/or misrepresentations of fact placed in the record, and in support thereof, states as follows:

The undersigned counsel represents Plaintiff Charles Haje in an action against Wal-Mart, which has been transferred to this Court and assigned to the Honorable John W. Darrah.

On July 1, 2015, the Hagens Berman firm filed with this Court an Interim Response to Motion to Appoint Lead Counsel. [Doc. #10]. The pleading suggests, among other things, that the undersigned counsel joined a consensus with the Hagens Berman firm in making its response in opposition to a motion filed by Robert A. Clifford. [Doc. #9].

Contrary to the representations made in the pleading, the undersigned counsel (a) has never had discussions with the Hagens Berman firm in connection with this litigation; (b) has not joined any consensus with the Hagens Berman firm; and, (c) assuredly did not consent to signing the pleading [Doc. #10] filed by attorney Elizabeth Fegan of the Hagens Berman firm.

The undersigned counsel seeks to clarify and, in whatever manner the Court deems appropriate, correct the record as it relates to the misstatements made in the pleading. [Doc. #10].

Dated:  July 2, 2015 	Respectfully submitted,

	By: */s/ Dewitt M. Lovelace*

	Dewitt M. Lovelace
	Valerie Lauro Nettles
	LOVELACE AND ASSOCIATES, PA
	12870 U.S. Hwy 98 West, Suite 200
	Miramar Beach, FL 32550
	Telephone:     (850) 837-6020
	Facsimile:     (850) 837-4093
	dml@lovelacelaw.com
	valerie@lovelacelaw.com

	*Attorneys for Plaintiff Charles Haje*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, a copy of the foregoing **PLAINTIFF'S NOTICE TO THE COURT TO CORRECT MISREPRESENTATIONS AND/OR MISSTATEMENTS IN THE RECORD** was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Dewitt M. Lovelace*
Dewitt M. Lovelace