**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *In re* Herbal Supplements Marketing and Sales Practices Litigation<br>This document relates to all actions | No. 15-cv-05070<br><br>Honorable John W. Darrah |

**PLAINTIFFS' NOTICE TO THE COURT TO CORRECT**
**MISSTATMENTS IN THE RECORD**

Plaintiffs Candice Dunlap and Kenneth Barry Tinsley, individually and on behalf of the putative class, seek to supply notice to the Court to correct the record. On July 1, 2015, the Hagens Berman firm filed with this Court an Interim Response to Motion to Appoint Lead Counsel. [Doc. #10]. The pleading erroneously indicated that the undersigned firms joined the Hagens Berman submission, which is not the case.

Dated: July 2, 2015

Respectfully submitted,

By: /s/ *Taylor Asen*
Taylor Asen
CUNEO GILBERT & LADUCA, LLP
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: 202-789-3960
Facsimile: 202-589-1813
tasen@cuneolaw.com

Jonathan W. Cuneo
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-589-1813
jonc@cuneolaw.com

*Attorneys for Plaintiff Candice Dunlap*

1

/s/ Don Barrett
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Toll Free: (877) 816-4443
Fax: (662) 834-2628
donbarrettpa@gmail.com

*Attorney for Plaintiff Kenneth Barry Tinsley*

2