**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *In re* Herbal Supplements Marketing and Sales Practices Litigation<br>This document relates to all actions | No. 15-cv-05070<br>Honorable John W. Darrah |

**PLAINTIFFS' NOTICE TO THE COURT TO CORRECT RECORD**

Plaintiffs Paul de la Torre and Joshua Ogden, individually and on behalf of the putative class, seek to supply notice to the Court to correct the record. On July 1, 2015, the Hagens Berman firm filed with this Court an Interim Response to Motion to Appoint Lead Counsel. [Doc. #10]. The pleading erroneously indicated that the undersigned firms joined the Hagens Berman submission, which is not the case.

Dated: July 6, 2015                    Respectfully submitted,


                                       By: /s/ Pierce Gore
                                       Ben F. Pierce Gore (SBN 128515)
                                       PRATT & ASSOCIATES
                                       1871 The Alameda, Suite 425
                                       San Jose, CA 95126
                                       Telephone: (408) 429-6506

                                       Fax: (408) 369-0752
                                       pgore@prattattorneys.com

                                       Charles J. LaDuca
                                       CUNEO GILBERT & LADUCA, LLP
                                       8120 Woodmont Avenue, Suite 810
                                       Bethesda, MD 20814
                                       Telephone: 202-789-3960
                                       Facsimile: 202-589-1813
                                       charles@cuneolaw.com

Taylor Asen
CUNEO GILBERT & LADUCA, LLP
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: 202-789-3960
Facsimile: 202-589-1813
tasen@cuneolaw.com

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone:     (850) 837-6020
Facsimile:     (850) 837-4093
dml@lovelacelaw.com

Richard R. Barrett
LAW OFFICE OF RICHARD R. BARRETT, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, Mississippi 38655
Telephone: 662-380-5018
Fax: 866-430-5459
rrb@rrblawfirm.net

Don Barrett
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Toll Free: (877) 816-4443
Fax: (662) 834-2628
donbarrettpa@gmail.com

Kenneth R. Shemin
SHEMIN LAW FIRM, PLLC
3333 Pinnacle Hills Parkway, Suite 603
Rogers, AR 72758
Telephone:  (479) 250-4764
Facsimile:  (479) 845-2198

Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201

2

Telephone: (501) 374-1058
Facsimile: (501) 374-2222

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2015, a copy of the foregoing **PLAINTIFFS' NOTICE TOTHE COURT TO CORRECT MISREPRESENTATIONS AND/OR MISSTATEMENTS IN THE RECORD** was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ben F. Pierce Gore*
Ben F. Pierce Gore