# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 15-cv-5070 |
| Haje v. Wal-Mart Stores, Inc. | 3:15cv00039 |
| | MDL 2619 |

## PURSUANT TO ORDER (DKT25)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff Haje**

---

NAME (Type or print)
**Dewitt M. Lovelace**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Dewitt M. Lovelace

FIRM  **Lovelace and Associates, P.A.**

STREET ADDRESS **12870 US Hwy 98 West, Suite 200**

CITY/STATE/ZIP **Miramar Beach, FL 32550**

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER **850-837-6020** |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.
RETAINED COUNSEL                    APPOINTED COUNSEL

## CERETIFICATE OF SERVICE

I hereby certify that a true and correct coy of the forgoing was served via the Court's ECF filing system on all counsel of record on this the 24th day of July, 2015.

**DORA FAYE KAUFMAN**
HALEY SINAGRA PAUL ETC - FORT LAUDERDALE FL
100 SE 3RD AVE STE 1900
FORT LAUDERDALE, FL 33394
954-467-1300
Fax: 954-467-1372
Email: DKaufman@lgplaw.com
*Attorney for Wal-Mart Stores, Inc.*

                                                      s/ Dewitt M. Lovelace
                                                      Dewitt M. Lovelace