# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2619<br>Case No. 15-CV-5070<br><br>Judge John W. Darrah |

## THE CONSENSUS PLAINTIFFS' MOTION FOR LEAVE TO FILE AN APPLICATION FOR APPOINTMENT OF LEAD COUNSEL IN EXCESS OF PAGE LIMIT

The Consensus Plaintiffs[1] respectfully submit this motion for leave to file an application for appointment of a Lead Counsel Committee in excess of the page limits in the Local Rules. In support thereof, the Consensus Plaintiffs state as follows:

1. On July 15, 2015, the Court entered an order stating its intention to appoint plaintiffs' lead counsel and/or a plaintiffs' steering committee (as well as plaintiffs' liaison counsel), ordering that applications for these positions be filed on or before August 6, 2015. (Dkt. No. 25).

---

[1] The Consensus Plaintiffs consist of 40 Plaintiffs in 33 cases transferred by the Judicial Panel on Multi-District Litigation to this Court. *Allsup v. Walgreen Co.*, 1:15-cv-01244 (N.D. Ill.); *Andrews v. Walgreen Co.*, 1:15-cv-01308 (N.D. Ill.); *Angiulli v. Walgreen Co., et al.*, 1:15-cv-05461 (N.D. Ill.); *Barber v. Target Corp.*, 1:15-cv-05113(N.D. Ill.); *Beal, Walker v. Walgreen Co., et al.*, 1:15-cv-05439 (N.D. Ill.); *Boss v. Target Corp., et al.*, 1:15-cv-05433 (N.D. Ill.); *Burns v. Wal-Mart Stores, Inc.*, 1:15-cv-05418 (N.D. Ill.); *Chamberlin v. Target Corp., et al.*, 1:15-cv-05452 (N.D. Ill.); *Cintron v. Walgreen Co.*, 1:15-cv-01314 (N.D. Ill.); *Cohn v. Target Corp.*, 1:15-cv-05451 (N.D. Ill.); *Cook v. Wal-Mart Stores, Inc.*, 1:15-cv-05416 (N.D. Ill.); *Dore v. GNC Holdings, Inc., et al.*, 1:15-cv-05108 (N.D. Ill.); *Eisenbraun, McCrudden v. Target Corp., et al.*, 1:15-cv-05453 (N.D. Ill.); *Figueiredo, Kardasz v. Wal-Mart Stores, Inc.*, 1:15-cv-05093 (N.D. Ill.); *Gomez v. Target Corp.*, 1:15-cv-05428 (N.D. Ill.); *Goodman, Phiferv. Wal-Mart Stores, Inc.*, 1:15-cv-05429 (N.D. Ill.); *Greenfield v. Target Corp., et al.*, 1:15-cv-05440 (N.D. Ill.); *Hale, Pirtle v. Walgreen Co., et al.*, 1:15-cv-01182 (N.D. Ill.); *Harris v. Walgreen Co.*, 1:15-cv-02723 (N.D. Ill.); *Hernandez v. Walgreens Co.*, 1:15-cv-05076 (N.D. Ill.); *Jerdrychowski v. GNC Holdings, Inc., et al.*, 1:15-cv-02908 (N.D. Ill.); *Jones v. Wal-Mart Stores, Inc.*, 1:15-cv-05081 (N.D. Ill.)*; Kardasz v. Walgreen Co.*, 1:15-cv-05077 (N.D. Ill.); *Kohn v. Wal-Mart Stores, Inc.*, 1:15-cv-05434 (N.D. Ill.); *Mager v. GNC Holdings, et al.*, 1:15-cv-05100 (N.D. Ill.); *Marks v. Walgreen Co., et al.*, 1:15-cv-05459 (N.D. Ill.); *Moors v. Wal-Mart Stores, Inc., et al.*, 1:15-cv-05090 (N.D. Ill.); *Owens v. Wal-Mart Stores, Inc.*, 1:15-cv-05431 (N.D. Ill.); *Stevens v. Wal-Mart Stores, Inc., et al.*, 1:15-cv-05103 (N.D. Ill.); *Taketa, Fine v. Wal-Mart Stores, Inc.*, 1:15-cv-05084 (N.D. Ill.); *Trinidad v. Walgreen Co., et al.*, 1:15-cv-05078 (N.D. Ill.); *Trinidad v. Wal Mart Stores, Inc., et al.*, 1:15-cv-05102 (N.D. Ill.); and *Williams, Valdez Rodriguez v. Wal-Mart Stores, Inc., et al.*, 1:15-cv-05438 (N.D. Ill.).

2. The Consensus Plaintiffs have endeavored to succinctly address the criteria enumerated in the Court's Order and Fed. R. Civ. P. 23(g)(1)(A), but request an additional four pages to do so. The Consensus Plaintiffs' motion is made in good faith and will not prejudice any party.

3. Accordingly, the Consensus Plaintiffs request leave to file an application for appointment of lead counsel not to exceed 19 pages. A copy of the Consensus Plaintiffs' application for appointment of lead counsel is attached as Exhibit A.

**WHEREFORE**, the Consensus Plaintiffs respectfully request that the Court grant the Consensus Plaintiffs leave to file the attached application for appointment of lead counsel in excess of the page limits, and further request the Court grant them all such other and further relief that the Court deems appropriate.

DATED: August 6, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *\/s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
Jason A. Zweig
Thomas E. Ahlering
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
E-mail: beth@hbsslaw.com
jasonz@hbsslaw.com
toma@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

*Proposed Liaison Counsel and Chair of the Lead Counsel Committee*

Tal J. Lifshitz
Monica Marie McNulty
Adam M. Moskowitz
Robert J. Neary
KOZYAK TROPIN & THROCKMORTON LLP
2525 Ponce De Leon Boulevard , 9th Floor
Coral Gables, FL 33134
Telephone: 305-728-2959
E-mail: tjl@kttlaw.com
　　　　 mmcnulty@kttlaw.com
　　　　 amm@kttlaw.com
　　　　 rn@kttlaw.com

Joseph D. Cohen
Joseph P. Guglielmo
SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Ave, 40 Fl
New York, NY 10174
Telephone: 212-223-6444
E-mail: jcohen@scott-scott.com
　　　　 jguglielmo@scott-scott.com

Erin Green Comite
SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
PO Box 192
156 South Main Street
Colchester, CT 06415
Telephone: 860-537-5537
E-mail: ecomite@scott-scott.com

Andrei V. Rado
MILBERG LLP
One Pennsylvania Plaza
50th Floor
New York, NY 10119
(212) 946-9315
E-mail: arado@milberg.com

Daniel C. Girard
Steven Augustine Lopez
Adam E. Polk
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: 415-981-4800
E-mail: ehg@girardgibbs.com
　　　　 dcg@girardgibbs.com
　　　　 stevelopez@girardgibbs.com

- 3 -

- 4 -

        aep@girardgibbs.com

Vincent J. Esades
Renae Diane Steiner
David Woodward
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403-3218
Telephone:  612-338-4605
E-mail: vesades@heinsmills.com
       rsteiner@heinsmills.com
       dwoodward@heinsmills.com

*Proposed Lead Counsel Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 6, 2015, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered attorneys.

                                                */s/ Elizabeth A. Fegan*
                                                      Elizabeth A. Fegan

799507 V1