UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2619<br>Case No. 15-CV-5070<br><br>Judge John W. Darrah |

### SCHEDULING ORDER NO. 1
### APPLICABLE TO PLAINTIFFS AND THE GNC DEFENDANTS

1. On or before August 25, 2015, Plaintiffs' Lead Counsel Committee, on behalf of the plaintiffs (collectively, "Plaintiffs"), and defendants, General Nutrition Centers, Inc., General Nutrition Corp. (collectively, "Defendants" and with Plaintiffs, the "Parties") shall confer and submit a proposed Agreed Confidentiality Order to the Court.

2. Promptly upon entry of the Agreed Confidentiality Order by the Court:

   a. Defendants shall reproduce to Plaintiffs all documents previously provided to any Plaintiff by Defendants, which shall include those documents produced to the New York Attorney General related to the products at issue, including, but not limited to, testing results and protocols;

   b. Plaintiffs shall produce all results of their testing of the products at issue.

3. Plaintiffs shall file a Consolidated Amended Complaint(s) by October 21, 2015.

4. The Court shall hold the next status conference on October 29, 2015 at 10:00 a.m.

Dated: August 21, 2015

ENTERED:

_____
Judge John W. Darrah

- 1 -

799693 V1