UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2619<br>Case No. 15-CV-5070<br><br>Judge John W. Darrah |

**SCHEDULING ORDER NO. 1: APPLICABLE TO PLAINTIFFS AND NON-GMC DEFENDANTS**

1. On or before August 31, 2015, the parties shall confer and submit a proposed Agreed Confidentiality Order to the Court.

2. Promptly upon entry of the Agreed Confidentiality Order by the Court, the parties shall exchange the following documents:

   a. Defendants shall produce to Plaintiffs all documents that were previously produced to the New York Attorney General related to the products at issue, including but not limited to testing results and protocols;

   b. Plaintiffs shall produce all results of testing of the products at issue.

3. Plaintiffs shall file a Consolidated Amended Complaint(s) by October 21, 2015.

4. The Court shall hold the next status conference on October 29, 2015 at 10 a.m.

Dated: August 28, 2015

ENTERED:

_____
Darrah, J.

- 1 -

799693 V1