UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) Case No. 15-cv-5070<br><br>Judge John W. Darrah |

## **ORDER**

*Plaintiffs' Lead Counsel Committee.* The lead counsel committee shall be comprised of: Hagens Berman Sobol Shapiro LLP, Clifford Law Offices, P.C., Girard Gibbs LLP, Heins Mills & Olson, P.L.C., Kozyak Tropin & Throckmorton, LLP, Milberg LLP, and Scott+Scott, Attorneys at Law, LLP.

(1) Plaintiffs' lead counsel committee shall perform the following duties and responsibilities:

(a) determine (after such consulation with other members of Plaintiffs' lead counsel committee and other cocounsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings; and

(b) coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(2), and 26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions.

(2) Hagens Berman Sobol Shapiro LLP and Clifford Law Offices, P.C. shall serve as Co-Chairs of the Lead Counsel Committee.

(3) Counsel for plaintiffs who disagree with the lead counsel committee (or those acting on behalf of the lead counsel committee) or who have individual or divergent positions may present written and oral arguments, conduct examinations of deponents, and otherwise act separately on behalf of their clients as appropriate, provided that in doing so they do not repeat arguments, questions, or actions of lead counsel.

(4) *Privileges Preserved.* No communication among plaintiffs' counsel or among defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

Date: _____September 10, 2015_____   /s/ _____
JOHN W. DARRAH
United States District Court Judge