## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2619<br>No. 15-CV-5070<br><br>Judge John W. Darrah |

## MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSE
## TO TARGET'S "STATUS REPORT"

Target has filed an unsolicited and procedurally improper status report. To the extent the

Court intends to consider Target's report, Plaintiffs respectfully request leave to file the response

attached as Exhibit A.

Dated: December 3, 2015

Respectfully submitted,

By: _/s/ Steve W. Berman_
 Steve W. Berman

*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
Thomas E. Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: 708.628.4949
Fax: 708.628.4950

By: */w/ Robert A. Clifford*
      Robert A. Clifford, Esq.

*RAC@cliffordlaw.com*
Shannon McNulty
*SMM@cliffordlaw.com*
Kristofer S. Riddle
*KSR@cliffordlaw.com*
CLIFFORD LAW OFFICES, P.C.
Clifford Law Offices, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Telephone: 312.899.9090

*Co-Chairs of the Lead Counsel Committee*

Tal J. Lifshitz
Monica Marie McNulty
Adam M. Moskowitz
Robert J. Neary
KOZYAK TROPIN & THROCKMORTON LLP
2525 Ponce De Leon Boulevard , 9th Floor
Coral Gables, FL 33134
Telephone:  305-728-2959
E-mail:tjl@kttlaw.com
      mmcnulty@kttlaw.com
      amm@kttlaw.com
      rn@kttlaw.com

Joseph P. Guglielmo
SCOTT + SCOTT, ATTORNEYS AT
 LAW, LLP
The Chrysler Building
405 Lexington Ave, 40 Fl
New York, NY 10174
Telephone:  212-223-6444
E-mail:  jguglielmo@scott-scott.com

Erin Green Comite
SCOTT + SCOTT, ATTORNEYS AT
 LAW, LLP
PO Box 192
156 South Main Street
Colchester, CT 06415
Telephone:  860-537-5537
E-mail:ecomite@scott-scott.com

Andrei V. Rado
MILBERG LLP
One Pennsylvania Plaza, 50th Floor
New York, NY 10119
(212) 946-9315
E-mail:arado@milberg.com

Daniel C. Girard
David Stein
Elizabeth Kramer
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  415-981-4800
E-mail:dcg@girardgibbs.com
        ds@girardgibbs.com
        eak@girardgibbs.com

Vincent J. Esades
Renae Diane Steiner
David Woodward
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403-3218
Telephone:  612-338-4605
E-mail:vesades@heinsmills.com
        rsteiner@heinsmills.com
        dwoodward@heinsmills.com

*Lead Counsel Committee*

010494-12  833966 V1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on December 3, 2015, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered attorneys.

_/s/ Steve W. Berman_
Steve W. Berman

010494-12  833966 V1