# CLIFFORD LAW OFFICES



Robert A. Clifford

February 3, 2016

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: RAC@CliffordLaw.com
Website: www.CliffordLaw.com

Hon. John W. Darrah
Dirksen Federal Building
219 South Dearborn Street, Room 1204
Chicago, IL 60604

In re:  Herbal Supplements Marketing and Sales Practices Litigation
        MDL No. 2519, Case No. 15-cv-5070

Judge Darrah,

I write to request clarification of, or relief from, one element of your January 28, 2016 order (document number 129).

Specifically, in that order your Honor prohibits the parties from performing any further testing pending further order of court. Speaking on behalf of Plaintiffs' counsel, we would like to have the option of immediately continuing our efforts in analysis and testing. We take very seriously the Court's remarks at the February 2, 2016 status conference regarding cost control and reimbursement. However, we respectfully request that we be allowed to continue in our efforts to develop our case, even if the Plaintiff law firms do so at our own peril in the way of reimbursement. Obviously we would not seek reimbursement of expenses in this regard pending further direction of the Court.

We would be grateful for the court's further direction at its earliest opportunity.

Very truly yours,

ROBERT A. CLIFFORD