**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:  HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2619 No. 15-CV-5070 <br><br> Judge Amy J. St. Eve |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

The Parties, by and through their undersigned counsel, stipulate as follows:

1.     The Parties have reached a confidential settlement agreement.

2.     Pursuant to the settlement agreement, the Parties hereby stipulate and agree to the dismissal with prejudice of the individual Plaintiffs' claims and without prejudice as to the claims of the putative class.

3.     The Parties will each bear their own fees and costs, unless otherwise mutually agreed by the Parties.

Dated:   August 18, 2017                              Respectfully submitted,

1

By: /s/ Steve W. Berman

Steve W. Berman (*pro hac vice*)

**Hagens Berman Sobol Shapiro LLP**

1918 Eighth Avenue, Suite 3500

Seattle, WA 98101

Telephone: (206) 623-7292

Facsimile: (206) 623-0594

steve@hbsslaw.com

*Co-Lead Class Counsel for Plaintiffs*

By: /s/ Robert A. Clifford

Robert A. Clifford

**Clifford Law Offices, P.C.,**

120 N. LaSalle Street, 31st Floor

Chicago, IL 60602

Telephone: (312) 899-9090

Facsimile: (312) 251-1160

rac@cliffordlaw.com

*Co-Lead Class Counsel for Plaintiffs*

By: /s/ Kevin D. Rising

Kevin D. Rising

David C. Allen

David W. Nelson

**Barnes & Thornburg LLP**

2029 Century Park East

Suite 300

Los Angeles, CA 90067

T:310-284-3860

F:310-284-3894

Kevin.rising@bt.com

David.allen@bt.com

David.nelson@bt.com

William M. McErlean

Ryan M. McLaughlin

**Barnes & Thornburg LLP**

By: /s/  Jonathan E. Paikin

Jonathan E. Paikin

Charles C. Speth

**Wilmer, Cutler, Pickering, Hale and Dorr LLP**

1875 Pennsylvania Ave. NW,

Washington, DC 20006

T: (202) 663-6000

F: (202) 663-6363

matthew.martens@wilmerhale.com

jonathan.paikin@wilmerhale.com

charles.speth@wilmerhale.com

*Counsel for Target Corporation; Target Brands, Inc.*

By: /s/ Amanda L. Groves

Amanda L. Groves (*pro hac vice)*

**Winston & Strawn LLP**

100 North Tryon Street

29th Floor

Charlotte, NC 28202

T: (704) 350-7755

F: (925) 846-0952

agroves@winston.com

Scott P. Glauberman

Scott M. Ahmad

**Winston & Strawn LLP**

35 W. Wacker Drive

Chicago, IL 60601-9703

T: (312) 558-5600

F: (312) 558-5700

sglauberman@winston.com

sahmad@winston.com

*Counsel for NBTY, Inc.; Target Corporation; Target Brands, Inc.; Walgreens Boots Alliance, Inc.; Walgeen Co.; Duane Reade,*

2

One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
T: (312) 357-1313
F: (312) 759-5646
william.mcerlean@btlaw.com
ryan.mclaughlin@btlaw.com

*Counsel for Defendants Wal-Mart Stores, Inc.; Wal-Mart Associates, Inc.; Wal-Mart.Com USA, LLC; Wal-Mart Starco, LLC; Wal-Mart Stores East, LP; Wal-Mart Stores East, Inc.; Wal-Mart TRS, LLC; Wal-Mart Stores Arkansas, LLC*

*Inc..; Wal-Mart Stores, Inc.; Wal-Mart Associates, Inc.; Wal-Mart.Com USA, LLC; Wal-Mart Starco, LLC; Wal-Mart Stores East, LP; Wal-Mart Stores East, Inc.; Wal-Mart TRS, LLC; Wal-Mart Stores Arkansas, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2017, I caused a true and correct copy of the foregoing to be filed, and thus served on all Parties, via CM-ECF.

By: */s/ Scott M. Ahmad*